AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Samuel T. Whatley, II ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   2:23-cv-00833-RMG |
| Charleston County Board of Elections et al ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that

☒ having ruled on the Report and Recommendation of Magistrate Judge Mary Gordon Baker, the plaintiff recover nothing, and the instant action be dismissed on the merits without issuance and service of process.

This action was

☒ decided by the Honorable Richard M. Gergel, United States District Judge, presiding.

Date:   June 14, 2024                           *CLERK OF COURT*    Robin L. Blume

                                                                s/S. Shealy
                                                      _____
                                                      *Signature of Clerk or Deputy Clerk*