IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Samuel Whatley, II | ) | |
| | ) | C/A No. 2:23-cv-00833 |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| Charleston County Board of Elections; | ) | |
| South Carolina Election Commission; | ) | |
| South Carolina Ethics Commission | ) | |
| Defendants. | ) | |

### Notice of Appeal

Notice is hereby given that the plaintiff in the above-captioned case hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Judgment entered in this action of the 13th day of June, 2024.

_____
Samuel Whatley, II
June 28, 2024
Plaintiff