FILED: December 13, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1596
(2:23-cv-00833-RMG)
_____

SAMUEL T. WHATLEY, II

       Plaintiff - Appellant

v.

CHARLESTON COUNTY BOARD OF ELECTIONS; SOUTH CAROLINA ELECTION COMMISSION; SOUTH CAROLINA ETHICS COMMISSION

       Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered November 21, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*